IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

920 SOUTH BEACH BLVD., LLC                                              PLAINTIFF

v.                                    CIVIL ACTION NO. 1:21-cv-263-TBM-RPM

CITY OF BAY SAINT LOUIS,
MISSISSIPPI; SWK, LLC; *and*
JAMES J. CHINICHE, *P.A.*                                              DEFENDANTS

### FINAL JUDGMENT

     For the reasons stated in the Memorandum Opinion and Order entered this same day, this

CASE is CLOSED.

     This, the 31st day of March, 2023.

                                         _____
                                         TAYLOR B. McNEEL
                                         UNITED STATES DISTRICT JUDGE